UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



UNITED STATES OF AMERICA

VERSUS

CRIMINAL ACTION NO. 05-6-JVP-SCR

JEFFERY D. ELLIS

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 12, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 shall be **DISMISSED** with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 8, 2009.

RALPH E. TYSON, CHIEF
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA